PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2019

SEAN F. McAVOY, CLERK

**Name:**       DONOVAN QUINN CARTER CLOUD

**Number of Counts:**   1

**Count 1:**    18 U.S.C. §§ 113(a)(1) and 1153 – Crime on Indian Reservation, Assault with a Dangerous Weapon

**Penalty:**    Not more than 10 years imprisonment; a fine of up to $250,000; or both; not more than 3 years of supervised release; a $100 special assessment; and restitution

Case No.:    1:19-mj-04045-MKD-2

AUSA Initials: TJH