PENALTY SLIP

INDICTMENT

NAME: DONOVAN QUINN CARTER CLOUD

NUMBER OF COUNTS: 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Count 1:** **18 U.S.C. § 2119**

Vio: Carjacking

Penalty: Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special assessment.

**Count 3:** **18 U.S.C. § 924(c)**

Vio: Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty: Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

Case No. **1:19-CR-2032-SMJ-2**

USA Initials: TJH