UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONOVAN QUINN CARTER CLOUD, <br><br> Defendant. | NO: 1:19-CR-02032-SMJ-2 <br><br> WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Superintendent, Yakima County Jail, Yakima, Washington and to any United States Marshal.

G R E E T I N G S

WE COMMAND that you have and produce the body of DONOVAN QUINN CARTER CLOUD, DOC # 140409, currently in your custody, before the United States District Court, 25 S. Third Street, Yakima, Washington, on July 3, 2019, at 12:00 P.M., in order that said prisoner may then and there respond to and answer charges currently pending against him in the above-entitled case; and at the termination of said case to return him forthwith to the custody of said Superintendent.

WITNESS, the Honorable Mary K. Dimke, United States Magistrate Judge, Eastern District of Washington.

DATED this 26th day of June, 2019.

Issued on
10:35 am, Jun 26, 2019

SEAN MCAVOY, Clerk
United States District Court
Eastern District of Washington

By: *Allison G. Yates*
Deputy

Writ                                        1