PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 7 2019

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

SUPERSEDING INDICTMENT 1:19-CR-02032-SMJ-2

NAME: DONOVAN QUINN CARTER CLOUD

NUMBER OF COUNTS: 3

**Count 1:** 18 U.S.C. § 2119

Vio: Carjacking

Penalty: Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special assessment.

**Count 3:** 18 U.S.C. § 924(c)(1)(a)(i)

Vio: Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty: Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

**Count 4:** 18 U.S.C. §§ 2109, 1153, 3559(f)(2)

Vio: Kidnapping

Penalty: Not less than 25 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

Case No. 1:19-CR-02032-SMJ-2

USA Initials: TJH/RCB