William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard C. Burson
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:19-CR-02032-SMJ-2 |
| Plaintiff, | |
| vs. | GOVERNMENT'S RESPONSE TO MOTION TO EXTEND THE TIME TO REQUEST A *DAUBERT* HEARING |
| DONOVAN CLOUD, | |
| Defendant. | |

Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Thomas J. Hanlon and Richard C. Burson, Assistant United States Attorneys for the Eastern District of Washington, hereby responds to Motion To Extend Time to Request a *Daubert* Hearing (ECF No. 97).

On June 11, 2019, an indictment was filed charging the Defendants with Count 1, Carjacking, and Count 2, Brandishing of a Firearm During a Crime of Violence. (ECF No. 17).

On July 17, 2019, a five count superseding indictment was filed. (ECF No. 59). The superseding indictment charges Count 1, Carjacking, Counts 2, 3, 6, Brandishing of a Firearm

1

Government's Response to Motion To Extend
Time To Request A *Daubert* Hearing

During a Crime of Violence, Count 4, Kidnapping, and Count 5, Assault with a Dangerous Weapon. (ECF No. 59).

As relevant here, on July 26, 2019, the United States provided counsel with the following discovery pertaining to K-9 Zuza: (1) Training Summary; (2) Training Log; (3) Deployment Summary; and (4) Deployment Log. (Bate Stamp pages 1960-1974). The United States received a request for additional information pertaining to the K-9. On September 13, 2019, the United States disclosed 152 pages of discovery pertaining to the K-9. (Bate Stamp pages 4127-4279).

As relevant here, on August 26, 2019, the United States received a fingerprint report from the FBI laboratory. On August 28, 2019, the report was provided in discovery. (Bate Stamp pages 4115-4121). On September 17, 2019, the United States received additional discovery regarding the previously disclosed fingerprint report from the FBI laboratory. These materials will be provided to counsel within 48 hours.

The government has no objection to the Defendant's request for additional time to file a *Daubert* motion.

DATED this 17th day of September, 2019.

                              WILLIAM D. HYSLOP
                              United States Attorney

                              s/Thomas J. Hanlon
                              THOMAS J. HANLON
                              Assistant United States Attorney

                              s/Richard C. Burson
                              RICHARD C. BURSON
                              Assistant United States Attorney

Government's Response to Motion To Extend
Time To Request A *Daubert* Hearing

I hereby certify that on September 17, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Richard A. Smith

                            s/THOMAS J. HANLON
                            Thomas J. Hanlon
                            Assistant United States Attorney
                            United States Attorney's Office
                            402 E. Yakima Avenue, Suite 210
                            Yakima, WA 98901
                            Phone: (509) 454-4425