RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

**Attorney for Defendant**
Donovan Cloud

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
**(Honorable Salvador Mendoza, Jr.)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DONOVAN CLOUD,<br><br>　　　　　　　Defendant. | NO. 1:19-CR-02032-SMJ-2<br><br>MOTION TO JOIN THE UNOPPOSED MOTION TO CONTINUE [ECF 99]<br><br>DATE:　　October 8, 2019<br>TIME:　　8:30 A.M. |

TO:　Clerk of U.S. District Court, Eastern District of Washington
TO:　Thomas J. Hanlon, Assistant United States Attorney

**COMES NOW** DONOVAN CLOUD by and through his attorney of record, Richard A. Smith of *Smith Law Firm*, and moves to join James Dean Cloud's motion to continue the trial date and all deadlines identified in ECF 99.

This motion to join is made with the exception to the proposed trial date of March 30, 2020. Defense Counsel for Donovan Quinn Carter Cloud is scheduled to

MOTION TO JOIN THE UNOPPOSED MOTION
TO CONTINUE [ECF 99]-
Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

be in Austin, Texas for the period March 27, 2020 through April 2, 2020. My staff has contacted the Deputy Courtroom Clerk to obtain dates that would accommodate this unavailability but has not received additional dates at the time of this submission.

Consequently, Counsel moves to join the Unopposed Motion to Continue with the exception of the date set for trial.

DATED this 24th day of September, 2019.

Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Donovan Cloud
314 North Second Street
Yakima, WA 98901
rasmith@house314.com
smithone@house314.com
Phone: (509) 457-5108
Fax:  (509) 452-4601


CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

/s/ Lugene M. Borba
LUGENE M. BORBA
Legal Assistant, Smith Law Firm

MOTION TO JOIN THE UNOPPOSED MOTION
TO CONTINUE [ECF 99]-
Page 2

SMITH LAW FIRM
314 North Second Street
Yakima, WA  98901
(509) 457-5108