RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

**Attorney for Defendant**
Donovan Cloud

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br> vs. <br> DONOVAN CLOUD, <br>       Defendant. | NO. 1:19-CR-02032-SMJ-2 <br><br> PROPOSED CASE MANAGEMENT DEADLINES |

TO: Clerk of U.S. District Court, Eastern District of Washington
TO: Thomas J. Hanlon, Assistant United States Attorney
   Richard Burson, Assistant United States Attorney

**COMES NOW** DONOVAN CLOUD by and through his attorney of record, Richard A. Smith of *Smith Law Firm*, and submits his Proposed Case Management Deadlines for a trial date of April 27, 2020, as follows:

///

PROPOSED CASE MANAGEMENT DEADLINES
- Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

| PROPOSED DEADLINES | |
|---|---|
| Deadline | Date |
| Disclose all discovery | January 16, 2020 |
| Alibi Notices | January 16, 2020 |
| Rule 404(b) and 609 Notices | January 16, 2020 |
| Rule 16 expert summaries (both parties) | January 23, 2020 |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | February 25, 2020 |
| **PRETRIAL CONFERENCE** | March 17, 2020<br>9:30 a.m. in Yakima |
| CI's identities and willingness to be interviewed disclosed to Defendant (if applicable) | April 13, 2020 |
| Grant jury transcripts disclosed to Defendant:<br>    Case Agent<br>    CIs (if applicable)<br>    Other Witnesses | <br>April 13, 2020<br>April 13, 2020<br>April 13, 2020 |
| Exhibit lists filed and emailed to the Court | April 20, 2020 |
| Witness lists filed and emailed to the Court | April 20, 2020 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | April 17, 2020 |
| Exhibit binders delivered to parties and to the Court | April 17, 2020 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | April 17, 2020 |
| Trial notices filed with the Court | April 17, 2020 |
| Technology readiness meeting (in-person) | April 20, 2020 |
| **JURY TRIAL** | **April 27, 2020** |

DATED this 27th day of September, 2019.

                Presented by:

                /s/ Richard A. Smith
                RICHARD A. SMITH, WSBA 15127
                Attorney for Defendant Donovan Cloud
                314 North Second Street
                Yakima, WA 98901
                rasmith@house314.com; smithone@house314.com

PROPOSED CASE MANAGEMENT DEADLINES
- Page 2

                **SMITH LAW FIRM**
                314 North Second Street
                Yakima, WA 98901
                (509) 457-5108

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

*/s/ Lugene M. Borba*
LUGENE M. BORBA
Legal Assistant, Smith Law Firm
