FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 18, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DONOVAN QUINN CARTER CLOUD,<br><br>Defendant. | No. 1:19-CR-02032-SMJ-2<br><br>ORDER GRANTING DEFENDANT'S EX PARTE MOTION FOR WITHDRAWAL OF CJA MENTEE<br><br>**ECF No. 121** |

Before the Court is Defendant's Ex Parte Motion for Order Allowing the Withdrawal of CJA Mentee (ECF No. 121). For the reasons set forth in the motion;

**IT IS HEREBY ORDERED:**

1. The Ex Parte Motion for Order Allowing Withdrawal of CJA Mentee (**ECF No. 121**) is **GRANTED**. CJA Mentee Michael Prince is withdrawn from this matter.

2. The Clerk's Office shall provide copies of this Order to all parties.

DATED December 18, 2019.

                *s/Mary K. Dimke*
               MARY K. DIMKE
  UNITED STATES MAGISTRATE JUDGE

ORDER - 1