PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 1 1 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

2nd SUPERSEDING INDICTMENT

NAME:   DONOVAN QUINN CARTER CLOUD

NUMBER OF COUNTS:   3

**Count 1:**   18 U.S.C. § 2119

Vio:  Carjacking

Penalty:  Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special assessment.

**Count 3:**   18 U.S.C. § 924(c)(1)(a)(i)

Vio:  Brandishing of a Firearm in Furtherance of a Crime of Violence

Penalty:  Not less than 7 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

**Count 4:** 18 U.S.C. §§ 2109, 1153, 3559(f)(2)

Vio: Kidnapping

Penalty:  Not less than 25 years and a maximum of life imprisonment, $250,000, or both, 5 years supervised release, and $100 special assessment.

Case No. 1:19-CR-02032-SMJ-2

USA Initials: TJH/RCB