FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES DEAN CLOUD (01) and DONOVAN QUINN CARTER CLOUD (02),<br><br>　　　　　　　Defendants. | No.　1:19-cr-02032-SMJ-01<br>　　　1:19-cr-02032-SMJ-02<br><br>**ORDER GRANTING IN PART DEFENDANT DONOVAN QUINN CARTER CLOUD'S (02) MOTION TO CONTINUE PRETRIAL CONFERENCE, TRIAL DATE, AND CASE MANAGEMENT DEADLINES**<br><br>**AMENDED[1] CASE MANAGEMENT ORDER** |

Before the Court, without oral argument, is Defendant Donovan Quinn Carter Cloud (02)'s Motion to Continue Pretrial Conference and Trial Dates and Extend Deadlines, ECF No. 144, and Supplement to Motion to Continue Pretrial Conference and Trial Dates and Extend Deadlines [ECF 144], ECF No. 163. Defense counsel Richard A. Smith and Mark A. Larranga request a continuance of the pretrial motions filing deadline, the pretrial conference, and the trial, to allow more time to examine discovery, prepare any related motions, and prepare for trial.

---

[1] This Order amends and supersedes in part the Court's most recent October 4, 2019 Case Management Order, ECF No. 117.

AMENDED CASE MANAGEMENT ORDER – 1

Additionally, defense counsel indicate additional time is needed in light of disruptions caused by the outbreak of the Coronavirus Disease 2019 (COVID-19) and the recently-declared national emergency. *Id.* at 3–4. Defendant Cloud (02) supports counsel's request for a trial continuance for the articulated reasons. ECF No. 164. Defendant Cloud (01) has not taken a position regarding Defendant Cloud's (02) request for a continuance. ECF No. 163 at 5. Assistant U.S. Attorney Richard C. Burson and Thomas J. Hanlon, appearing on behalf of the Government, do not oppose the request. ECF No. 144 & 163.

The Second Superseding Indictment against Defendants (01) and (02) was filed on February 11, 2020. ECF No. 132. Defense counsel Richard A. Smith appeared for Defendant Cloud (02) on February 13, 2020. ECF No. 142. Lorinda M. Youngcourt and Jeremy B. Sporn appeared for Defendant Cloud (01) on February 12, 2020. ECF No. 140. This is Defendant Cloud's (02) second request for a continuance. This is the third overall request for a continuance in this matter.

To ensure defense counsel is afforded adequate time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, the Court grants the motion, extends the pretrial motion deadline, and resets the currently-scheduled pretrial conference and trial dates. The Court finds that Defendant Cloud's (02) continuance request is knowing, intelligent, and voluntary, and that the ends of justice served by granting a continuance outweigh the best interest of

AMENDED CASE MANAGEMENT ORDER – 2

the public and Defendants in a speedy trial. The delay resulting from Defendant Cloud's (02) motion is therefore excluded under the Speedy Trial Act.

Counsel are advised that successive continuance requests will be closely scrutinized for the necessity of more time to effectively prepare, taking into account the exercise of due diligence. Furthermore, to ensure this matter is resolved in an expeditious manner, and given the length of the continuance now granted, the Court considers it appropriate to schedule intermediate status conferences. At these conferences the parties should appear and be prepared to discuss the status of the case, trial preparation, anticipated motions, and any other matter that may affect trial readiness.

Having considered the parties' proposed case schedule and deadlines, the Court now enters the following Amended Case Management Order, which sets forth the deadlines, hearings, and requirements the parties will observe in this matter. To the extent this Order conflicts with any previously entered Orders in this matter, this Order shall govern. All counsel are expected to carefully read and abide by this Order and such provisions of the current CMO which have not been superseded hereby. The Court will grant relief from the requirements in this Order only upon motion and good cause shown.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Cloud's (02) Motion to Continue Pretrial Conference and

AMENDED CASE MANAGEMENT ORDER – 3

Trial Dates and Extend Deadlines, **ECF No. 144**, and Supplement to Motion to Continue Pretrial Conference and Trial Dates and Extend Deadlines, **ECF No. 163,** are **GRANTED IN PART** and **DENIED IN PART**.

2. The Court finds, given defense counsel's need for time to review discovery, prepare any pretrial motions, conduct investigation, and prepare for trial, that failing to grant a continuance would result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court, therefore, finds the ends of justice served by granting a continuance in this matter outweigh the best interest of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

3. **Original CMO.** <u>Counsel must review the provisions of the original July 8, 2019 CMO, ECF No. 45, and June 18, 2019, ECF No. 31 and abide by those procedures which remain in full force and effect and are incorporated herein except for the new compliance deadlines in the following Summary of Amended Deadlines.</u>

4. **Pretrial Conference**

    A. The current pretrial conference date of April 21, 2020 is

STRICKEN and RESET to **December 15, 2020** at **9:00 A.M.** in **YAKIMA**. At this hearing, the Court will hear **ALL** pretrial motions that are noted for oral argument.

**B.** All Pretrial Conferences are scheduled to last no more than **thirty (30) minutes**, with each side allotted **fifteen (15) minutes** to present their own motions and resist motions by opposing counsel. If any party anticipates requiring longer than fifteen minutes, that party must notify the Courtroom Deputy at least seven (7) days prior to the hearing. **<u>Any party who fails to provide this notice will be limited to fifteen (15) minutes.</u>**

**5.** **Trial**. The current trial date of April 27, 2020 is **STRICKEN** and **RESET** to **January 19, 2021**, at **9:00 A.M.** in **YAKIMA**. The <u>final</u> pretrial conference will begin at **8:30 A.M.**

**6.** Pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court **DECLARES EXCLUDABLE from Speedy Trial Act calculations** the period from **February 18, 2020**, the date defense counsel moved to continue, through **January 19, 2021,** the new trial date, as the period of delay granted for adequate preparation by counsel.

**7.** **Summary of Deadlines**

| Status Conference: | June 23, 2020<br>9:00 A.M. - Yakima |
|---|---|

AMENDED CASE MANAGEMENT ORDER – 5

| | |
|---|---|
| Status Conference: | **August 25, 2020**<br>**10:30 A.M. - Yakima** |
| Status Conference: | **October 27, 2020**<br>**9:00 A.M. - Yakima** |
| Disclose all discovery | **October 15, 2020** |
| Alibi Notices | **October 15, 2020** |
| Rule 404 (b) and 609 Notices | **October 15, 2020** |
| Rule 16 expert summaries (both parties) | **October 22, 2020** |
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | **November 24, 2020** |
| **PRETRIAL CONFERENCE**<br>*Deadline for motions to continue trial* | **December 15, 2020**<br>**9:00 A.M. - YAKIMA** |
| CIs' identities and willingness to be interviewed disclosed to Defendants (if applicable) | **January 5, 2021** |
| Grand jury transcripts produced to Defendants<br>        Case Agent:<br>        CIs:<br>        Other Witnesses: | <br>**January 5, 2021**<br>**January 5, 2021**<br>**January 5, 2021** |
| Exhibit lists filed and emailed to the Court | **January 12, 2021** |
| Witness lists filed and emailed to the Court | **January 12, 2021** |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | **January 9, 2021** |
| Exhibit binders delivered to all parties and to the Court | **January 9, 2021** |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | **January 9, 2021** |
| Trial notices filed with the Court | **January 9, 2021** |

//

//

//

//

AMENDED CASE MANAGEMENT ORDER – 6

| Technology readiness meeting (in-person) | **January 12, 2021** |
|---|---|
| **JURY TRIAL** | **January 19, 2021**<br>**9:00 A.M. - YAKIMA** |

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 13th day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

AMENDED CASE MANAGEMENT ORDER – 7