1

**RICHARD A. SMITH, WSBA 15127**
**SMITH LAW FIRM**

2

314 No. Second Street

3

Yakima, WA  98901

4

Telephone:  509-457-5108

5

**Attorney for Defendant**

6

Donovan Cloud

7

8

9

**IN THE UNITED STATES DISTRICT COURT**

10

**FOR THE EASTERN DISTRICT OF WASHINGTON**

11

**(Honorable Salvador Mendoza, Jr.)**

12

13

UNITED STATES OF AMERICA,                    )

14

                           Plaintiff,   )   NO.  1:19-CR-02032-SMJ-2

15

     vs.                                                            )

16

                                )   MOTION TO EXPEDITE TIME OF
)   HEARING

17

DONOVAN CLOUD,                                      )

18

                     Defendant.   )   DATE:         September 17, 2020
)   TIME:         6:30 P.M.

19

                                )                      Without Oral Argument

20

21

22

**TO:   Clerk of U.S. District Court, Eastern District of Washington**

23

**TO:   Thomas J. Hanlon, Assistant United States Attorney**

**Richard C. Burson, Assistant United States Attorney**

24

25

26

**COMES NOW** the Defendant, DONOVAN CLOUD, by and through his

27

attorney of record, Richard A. Smith of *Smith Law Firm*, and moves the Court to

28

consider on an expedited basis Defendant's Motion to Continue Evidentiary Pretrial

29

Hearings Scheduled for September 29-30, 2020.

30

MOTION TO EXPEDITE TIME OF HEARING -
Page 1

31

This motion is made based upon the reasons stated in Defendant's motion.

DATED this 10th day of September, 2020.

Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127
Attorney for Defendant Donovan Cloud
314 North Second Street
Yakima, WA 98901
rasmith@house314.com
smithone@house314.com
Phone: (509) 457-5108
Fax:  (509) 452-4601


CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas J. Hanlon, Assistant United States Attorney
Richard C. Burson, Assistant United States Attorney


/s/ Lugene M. Borba
LUGENE M. BORBA
Legal Assistant, Smith Law Firm

MOTION TO EXPEDITE TIME OF HEARING -
Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA  98901
(509) 457-5108