# EXHIBIT A



Lineup: 5032

6/9/2019 11:49:33 AM

6

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

6/9/19