# EXHIBIT E

Case 1:19-cr-02032-SMJ    ECF No. 194-5    filed 09/11/20    PageID.1412    Page 1 of 2

