# EXHIBIT F

(11) Yakima Scan - Posts
facebook.com/yakima.scan/posts/2366959493326271?__tn__=-R
Google
Google Calendar -...
Odyssey Portal - W...
Yakima County DO...
Washington Crimin...
Washington State C...
Benton County PC...
Google Calendar -...
Other bookmarks
Yakima Scan
Jocelyn
Home
Create
Liked
Following
Share
Send Message
4 Replies
Ricky Rico
Like · Reply · 38w
Sheena Hert Jerry Hert
Like · Reply · 38w
2 Replies
Nicolas Pimms
Sunday, June 9, 2019 at 2:54 PM
Like · Reply · 38w
Sharon Young Just heard to be on lookout for Donovan Cloud
Like · Reply · 38w
1 Reply
Sheena Ike
Yakima Scan
@yakima.scan
Home
About
Posts
Photos
Videos
Community
Create a Page
Pages Liked by This Page
International Footprin...
CityofYakima Firefight...
Snoqualmie Police De...
Like
English (US) · Español · Português (Brasil) · Français (France) · Deutsch
Privacy · Terms · Advertising · Ad Choices · Cookies · More ·
Facebook © 2020
GROUP CONVERSATIONS
Search
https://www.facebook.com/yakima.scan/posts/2366959493326271?comment_id=2368637396491814
12:00 PM
3/4/2020

Exhibit 3