William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard Burson
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:19-CR-02032-SMJ |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO EXPEDITE |
| JAMES DEAN CLOUD, DONOVAN QUINN CARTER CLOUD, | |
| Defendant. | Without Oral Argument |
| | September 21, 2019 @ 6:30 pm |

Comes now the Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, Thomas J. Hanlon, Assistant United States Attorney for the Eastern District of Washington, and Richard Burson, Assistant United States Attorney for the Eastern District of Washington, and asks that the Government's Ex Parte Motion be heard on an expedited basis.

Government's Motion to Expedite           1

This motion is based upon the files and records herein, the Government's memorandum in support of this motion and Local Rule 7.1(h)(6).

DATED this 15th day of September, 2020.

                              Respectfully submitted,

                              William D. Hyslop
                              United States Attorney

                              *s/ Thomas J. Hanlon*
                              Thomas J. Hanlon
                              Assistant United States Attorney

                              *s/ Richard Burson*
                              Richard Burson
                              Assistant United States Attorney

I hereby certify that on September 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Lorinda Youngcourt, Esq.; John B. McEntire, IV, Esq.; Jeremy B. Sporn, Esq.; Richard Smith, Esq.; Mark Larrañaga, Esq.

      *s/ Richard Burson*
Richard Burson
Assistant United States Attorney