William D. Hyslop
United States Attorney
Eastern District of Washington
Richard C. Burson
Assistant United States Attorneys
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>JAMES DEAN CLOUD;<br>DONOVAN QUINN CARTER CLOUD<br><br>          Defendants. | Case No.: 1:19-cr-02032-SMJ<br><br>GOVERNMENT'S WITNESS LIST – JUNE 23, 2020 HEARING ON MOTIONS TO SUPPRESS |

    Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, Thomas J. Hanlon, Assistant United States Attorney for the Eastern District of Washington, and Richard C. Burson, Assistant United States Attorney for the Eastern District of Washington, submits the following United States' Witness List for the hearing on Defendants' motions to suppress, currently scheduled for September 29, 2020 at 9:00 a.m.

1

| Witness No. | Identity |
|---|---|
| 1 | FBI Special Agent Ronald T. Ribail |
| 2 | Yakima County Sherriff's Office Detective Michael Williams |
| 3 | Yakima County Sherriff's Office Detective Brian Williams |

Dated:  September 17, 2020.     William D. Hyslop
United States Attorney

*s/ Richard C. Burson*
Richard C. Burson
Assistant United States Attorney

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Lorinda Youngcourt, Esq.; John B. McEntire, IV, Esq.; Jeremy B. Sporn, Esq.; Richard Smith, Esq.; Mark Larrañaga, Esq.

                              *s/Richard C. Burson*
                              Richard C. Burson
                              Assistant United States Attorney