

Lineup: 5032                                                                            6/9/2019 11:49:33 AM



**2**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

31                                             EXHIBIT B



Lineup: 5032

6/9/2019 11:49:33 AM

**3**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5032                                                                 6/9/2019 11:49:33 AM



4

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

33                                          EXHIBIT B

U.S. v .Cloud et al 1:19-CR-02032-SMJ                                                     000000821

Lineup: 5032

6/9/2019 11:49:33 AM



5

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED

Lineup: 5032

6/9/2019 11:49:33 AM



**6**

Copyright © 2019 Motorola Solutions, Inc. ALL RIGHTS RESERVED