FD-302 (Rev. 5-8-10)

-1 of 1-

# FEDERAL BUREAU OF INVESTIGATION



Date of entry: 07/15/2019

▮▮▮▮▮ was interviewed at telephonically at ▮▮▮▮▮ ▮▮▮▮▮ After being advised of the identity of the interviewing Agent and the nature of the interview, ▮▮▮▮▮ provided the following information:

▮▮▮▮▮ provided the following in reference to the photographs he recognized of JAMES CLOUD and DONOVAN CLOUD, that he observed on the internet, after Agents showed him photographic lineups:

DONOVAN CLOUD was observed on the Yakima Scan Facebook page. The screenshot is from June 8, 2019, and believed to have been posted by an individual with user name NICHOLAS PIMMS. ▮▮▮▮▮ sent a text message to writer with a screenshot of the post and the webpage.

JAMES CLOUD was observed on a flyer on the Yakama Nation Facebook page.

The text messages and flyer will be made part of the investigative file.

| | |
|---|---|
| Investigation on | 07/12/2019 at Yakima, Washington, United States (Phone) |
| File # | 198A-SE-3120298 |
| Date drafted | 07/12/2019 |
| by | Ronald T. Ribail |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.