


4:05 — 55%

J** V********

Friday, July 12, 2019

**J:** Donavon Cloud is armed and extremely dangerous. He murdered 5 people in white swan last night and is believed to be headed over here. He resides at the Long House on Canyon Rd. and Lyle point. Recommend people be sure their out buildings are locked and secure. This info is coming from the police scanner. Be safe friends!! Report him if you see him, don't approach him! The picture is his public Facebook photo.

Update:
They are looking for him in connection to the case, he and two others, one male one female.

MMS 2:59 PM

**Me (3:01 PM):** Can you send the webpage link too? Thanks

**J (3:09 PM):** I will try and find it.

**J:** https://www.facebook.com/871858746169694/posts/2366959493326271?metadata=tIsZTZkgiRZm2i1Ng7nwCGcM9d5i3NIFmpTyQ/5qvYrjyUswaQApIB4dpdnG9D79Z9Rz08kPD+0SSISsa6o7SXbO77HKLIIFjT+UqalqNR8J5faB5Nog7TNg1wU0g86H&sfns=mo

3:17 PM

Enter message

37           EXHIBIT D