William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
Richard Burson
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JAMES DEAN CLOUD,<br>DONOVAN QUINN CARTER CLOUD,<br><br>           Defendant.<br>_____ | NO: 1:19-CR-02032-SMJ<br><br>GOVERNMENT'S MOTION TO EXPEDITE<br><br>Without Oral Argument<br><br>September 23, 2020 @ 6:30 pm |

Comes now the Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, Thomas J. Hanlon, Assistant United States Attorney for the Eastern District of Washington, and Richard Burson, Assistant United States Attorney for the Eastern District of Washington, and asks that the Government's Motion for Protective Order be heard on an expedited basis.

Government's Motion to Expedite         1

This motion is based upon the files and records herein, the Government's memorandum in support of this motion and Local Rule 7.1(h)(6).

DATED this 23rd day of September, 2020.

Respectfully submitted,

William D. Hyslop
United States Attorney

*s/ Thomas J. Hanlon*
Thomas J. Hanlon
Assistant United States Attorney

*s/ Richard Burson*
Richard Burson
Assistant United States Attorney

I hereby certify that on September 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Lorinda Youngcourt, Esq.; John B. McEntire, IV, Esq.; Jeremy B. Sporn, Esq.; Richard Smith, Esq.; Mark Larrañaga, Esq.

                                      *s/ Richard Burson*
                                      Richard Burson
                                      Assistant United States Attorney