UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br>-vs-<br>JAMES DEAN CLOUD (01); and<br>DONOVAN QUINN CARTER CLOUD (02),<br><br>                              Defendants. | Case No.      1:19-CR-02032-SMJ-1, 2<br>CRIMINAL MINUTES<br>DATE:        SEPTEMBER 29, 2020<br>LOCATION:  YAKIMA<br><br>EVIDENTIARY MOTION HEARING |
|---|---|

| | Hon. Salvador Mendoza, Jr. | |
|---|---|---|
| Nicole Cruz<br>Cora Vargas | 01 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Richard Burson<br>Thomas Hanlon | John McEntire for James Cloud<br>Lorinda Youngcourt for James Cloud<br>Jeremy Sporn for James Cloud<br>Richard Smith for Donovan Cloud<br>Mark Larranaga for Donovan Cloud | |
| **Government Counsel** | **Defense Counsel** | |

[X] **Open Court**   [ ] **Chambers**   [ ] **Teleconference**

Defendants James Dean Cloud and Donovan Quinn Carter Cloud **are present and in custody** of the U.S. Marshal with appointed counsel.

Court and counsel discuss schedule and procedures for hearing and pending motions to be addressed.

Mr. McEntire expresses concern of a particular witness listening on the public teleconference line; Mr. Hanlon confirms the witness in question is aware he cannot listen to the proceedings and will not connect to the public teleconference line.

**Troy Ribail, FBI Special Agent, Sworn to Testify (9:22 a.m.)**

Direct examination by Mr. Burson (Government Exhibits 1 – 8 discussed and admitted)

Court informs defendants that a recess will be taken if they need to discuss matters with their respective attorneys.

**Recess:**     10:19 a.m.
**Reconvene:**  10:35 a.m.

# [ ]   ORDER FORTHCOMING

| CONVENED: 9:01 A.M.<br>10:35 A.M.<br>1:31 P.M.<br>3:30 P.M. | ADJOURNED: 10:19 A.M.<br>11:57 A.M.<br>3:15 P.M.<br>4:56 P.M. | TIME: 5:50 HR. | CALENDARED   [ X ] |
|---|---|---|---|

Troy Ribail resumes stand, previously sworn to testify.

Direct examination by Mr. Burson continues (Defense Identification 1018 discussed).

Cross examination by Mr. McEntire (Defense Exhibit 1009 discussed and admitted; Defense Identifications 1004, 1005 and 1011 discussed).

**Recess:**      **11:57 a.m.**
**Reconvene:**   **1:31 p.m.**

Troy Ribail resumes stand, previously sworn to testify.

Cross examination by Mr. McEntire continues (Defense Exhibits 1023, 1012, 1006, 1014 and 1017 discussed and admitted; Defense Identifications 1004, 1000, 1013 and 1016 discussed; Defense Identification 1010 conditionally admitted, with full admission to be sought through a different witness).

Mr. Smith advises he will examine the witness regarding L.L. only and reserves further questioning until the time of hearing on Defendant Donovan Cloud's Motion to Suppress, currently set for December 15th.

Cross examination by Mr. Smith (Defense Identification 1016 discussed; Government Exhibit 4 discussed).

**Recess:**      **3:15 p.m.**
**Reconvene: 3:30 p.m.**

Troy Ribail resumes stand, previously sworn to testify.

Cross examination by Mr. Smith continues.

Re-direct by Mr. Burson (Defense Exhibit 1009 discussed; Government Exhibits 6 and 7 discussed).

Voire dire of witness by Court.

Re-cross by Mr. McEntire (Defense Exhibit No. 1006 discussed).

Witness steps down and is excused (4:00 p.m.).

**Detective Michael Williams, Yakima County Sheriff's Office, Sworn to Testify** **(4:02 p.m.)**

Direct examination by Mr. Burson (Government Exhibits 10 and 9 discussed and admitted).

Cross examination by Mr. McEntire (Defense Exhibit 1002 discussed and admitted; Government Exhibit 10 discussed).

Witness steps down, to resume testimony on September 30th at 8:00 a.m. (4:53 p.m.)

Court and counsel discuss remaining witnesses and anticipated length of hearing on September 30th.

**Court**: hearing to resume at 8:00 a.m. on Wednesday, September 30th