| WITNESS LIST |
|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF WASHINGTON |

| *UNITED STATES OF AMERICA*<br><br>*-vs-*<br><br>*JAMES DEAN CLOUD (01); and*<br>*DONOVAN QUINN CARTER CLOUD (02)* | **LOCATION:** YAKIMA<br><br>**Case No.:** 1:19-CR-02032-SMJ-1, 2 |
|---|---|

| HEARING DATES: 09/29/2020 to 09/30/2020 |||
|---|---|---|
| **HON. SALVADOR MENDOZA, JR.** | **Kimberly Allen** | **Nicole Cruz**<br>**Cora Vargas** |
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Richard Burson<br>Thomas Hanlon || John McEntire<br>Lorinda Youngcourt<br>Jeremy Sporn<br>Richard Smith<br>Mark Larranaga |
| **Government Counsel** || **Defense Counsel** |

| Date | Exhibits/Identifications Discussed | Testifying For | Name of Witness |
|---|---|---|---|
| 09/29/2020 | 1,2, 4, 5, 3, 8, 7, 6, 1018, 1004, 1005, 1009, 1011, 1023, 1012, 1010, 1000, 1006, 1013, 1014, 1016 and 1017 | Government | Ronald T. Ribail, FBI Special Agent |
| 09/29/2020<br><br>09/30/2020 | 10, 9 and 1002<br><br>1002 | Government | Michael Williams, Yakima County Sheriff's Office Detective |
| 09/30/2020 | 9 | Government | Brian McIlrath, Yakima County Sheriff's Office Detective |
|  |  |  |  |
| 09/30/2020 | 1002, 1009, 1011,1000, 1007, 1008, 1010, 1006, 1023, 1022, 1024, 2025, 1019 and 3 | Defense | Dr. Cara Laney, Eyewitness ID Expert |
| 09/30/2020 |  | Defense | Chris Reyes, Investigator, Federal Defenders |
|  |  | Defense | Cole Rojan, Investigator, Federal Defenders |