# EXHIBIT LIST

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| *UNITED STATES OF AMERICA*<br><br>*-vs-*<br><br>*JAMES DEANCLOUD (01)*<br>*DONOVAN QUINN CARTER CLOUD (02)* | LOCATION:    YAKIMA<br><br>Case No.:    1:19-CR-02032-SMJ-1, 2 |

**HEARING DATES:  09/29/2020 to 09/30/2020**

| HON. SALVADOR MENDOZA, JR. | Kimberly Allen | Nicole Cruz<br>Cora Vargas |
|---|---|---|
| Presiding Judge | Court Reporter | Courtroom Deputy |
| Richard Burson<br>Thomas Hanlon | | John McEntire for James Cloud<br>Lorinda Youngcourt for James Cloud<br>Jeremy Sporn for James Cloud<br>Richard Smith for Donovan Cloud<br>Mark Larranaga for Donovan Cloud |
| **Government Counsel** | | **Defense Counsel** |

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| 1 | | 09/29/2020 | 09/29/2020 | X | FBI Procedures for Eyewitness Identification of Suspects Policy Guide - Nov. 26, 2013 |
| 2 | | 09/29/2020 | 09/29/2020 | X | FBI Procedures for Eyewitness Identification of Suspects Policy Guide - Jun. 9, 2019 |
| 3 | | 09/29/2020 | 09/29/2020 | X | Yakima County Sheriff's Office Photographic Line-up Instructions and Results Sheet |
| 4 | | 09/29/2020 | 09/29/2020 | X | Photographic Line-up 5032, June 9, 2019 |
| 5 | | 09/29/2020 | 09/29/2020 | X | Photographic Line-up 5033, June 9, 2019 |
| 6 | | 09/29/2020 | 09/29/2020 | X | Yakama Nation Facebook Post, June 9, 2019, 3:19 p.m. |
| 7 | | 09/29/2020 | 09/29/2020 | X | Yakama Nation Facebook Post, June 9, 2019, 5:12 p.m. |
| 8 | | 09/29/2020 | 09/29/2020 | X | Screenshot of SA Ribail Conversation with J.V. |
| 9 | | 09/29/2020 | 09/29/2020 | X | Photographic Line-up 5038, June 10, 2019 |
| 10 | | 09/29/2020 | 09/29/2020 | X | Video Recording of E.Z. Interview (physical exhibit previously submitted) |

**EXHIBIT LIST** - Page 2

*United States -vs- James Cloud (01) and Donovan Cloud (02)*
Case No. 1:19-CR-2032-SMJ-1,2

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1000 | 09/30/2020 | 09/30/2020 | X | Line-Up 5033 (James Cloud) |
| | 1001 | | | | YCSO – Line-Up Instructions for J.V. |
| | 1002 | 09/29/2020 | 09/29/2020 | X | YCSO – Eyewitness ID Policy |
| | 1003 | | | | Screenshot from Text Exchange Between FBI Special Agent Ronald T. Ribail and J.V. |
| | 1004 | | | | SA Ribail's 302 Report Documenting Line-Up with J.V. |
| | 1005 | | | | SA Ribail's 302 Report Documenting Follow-Up with J.V. on Facebook Search |
| | 1006 | 09/29/2020 | 09/29/2020 | X | James Cloud Wanted Poster |
| | 1007 | 09/30/2020 | 09/30/2020 | X | James Cloud's Booking Photo – 06.10.2019 |
| | 1008 | 09/30/2020 | 09/30/2020 | X | James Cloud Side-by-Side Photos |
| | 1009 | 09/29/2020 | 09/29/2020 | X | January 6, 2017 Memo from Deputy Attorney General Sally Yates to All Law Enforcement Heads |
| | 1010 | 09/29/2020 | 09/29/2020 Conditionally 09/30/2020 Admitted in Full | X | October 1999 – Department of Justice – Eyewitness Evidence – A Guide for Law Enforcement |
| | 1011 | | | | FBI Eyewitness ID Policy Implementation Guide – 11.26.2013 |
| | 1012 | 09/29/2020 | 09/29/2020 | X | FBI Eyewitness ID Policy Implementation Guide – 06.09.2019 |
| | 1013 | | | | Line-Up 5032 (Donovan Cloud) |

**EXHIBIT LIST** - Page 3                    *United States -vs- James Cloud (01) and Donovan Cloud (02)*
Case No. 1:19-CR-2032-SMJ-1,2

| Pltf's Exh. | Deft's Exh. | Date Offered | Admitted | Used w/ Witness | Description of Exhibits |
|---|---|---|---|---|---|
| | 1014 | 09/29/2020 | 09/29/2020 | X | Line-Up 5034 (Morris Jackson) |
| | 1015 | | | | Line-Up 5035 (Natasha Jackson) |
| | 1016 | 09/29/2020 | | | SA Ribail's 302 Report Documenting Line-Up with L.L. |
| | 1017 | 09/29/2020 | 09/29/2020 | X | YCSO Line-Up Instructions for Lindell LaFollette |
| | 1018 | | | | SA Ribail's 302 Report Documenting Follow-Up Interview with Lindell LaFollette – Saw James Cloud in the News |
| | 1019 | 09/30/2020 | 09/30/2020 | X | Line-Up 5038 (James Cloud) – Used for E.Z. |
| | 1020 | | | | Line-Up 5039 (Donovan Cloud) – Used for E.Z. |
| | 1021 | | | | Line-Up 5040 (Morris Jackson) – Used for E.Z. |
| | 1022 | 09/30/2020 | 09/30/2020 | X | Photo – F-250 |
| | 1023 | 09/29/2020 | 09/29/2020 | X | FBI Line up policy manual with a review date of 11/26/2016 |
| | 1024 | 09/30/2020 | 09/30/2020 | X | Video Recording of Morris Jackson |
| | 1025 | 09/30/2020 | 09/30/2020 | X | Line up 5033 (Fillers) used for E.Z. |

**Exhibits retained by counsel**