MARK A. LARRAÑAGA
WALSH & LARRAÑAGA
705 2nd Ave., Ste. 501
Seattle, WA 98104
Telephone: (206) 972-0151

RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

Attorneys for Defendant
Donovan Cloud

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DONOVAN CLOUD, <br> Defendant. | NO. 1:19-CR-02032-SMJ-2 <br><br> NOTICE RE: <br> VIDEOCONFERENCING <br><br> DATE: October 27, 2020 <br> TIME: 9:00 a.m. |

On or about October 2, 2020, the Court issued ECF No. 215 directing the parties to file a notice regarding its position as to the hearing being conducted by

Defense (Donovan Cloud) Notice re: Videoconference

1

videoconference. As noted in James Cloud's notice (ECF No. 216), Donovan Cloud does not object to the hearing be held in-person, and as such requests that he attend in-person. Counsel for James Cloud and for the Government have no objection to the hearing be held in-person in the courtroom.

DATED this 6th day of October, 2020.

Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127

/s/ Mark A. Larrañaga
MARK A. LARRAÑAGA, WSBA 2275

Attorneys for Defendant Donovan Cloud

**CERTIFICATE OF SERVICE**

I certify that on October 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record of its filing.

/s/ Lugene M. Borba
Legal Assistant to Richard A. Smith