# Michael Van Arsdale

Federal Bureau of Investigation Laboratory Division
Firearms/Toolmarks Unit
2501 Investigation Parkway
Quantico, Virginia 22135

## Professional Experience

**Physical Scientist**　　　　　　　　　　　　　　　Federal Bureau of Investigation Laboratory
**Forensic Examiner**　　　　　　　　　　　　　　　Firearms/Toolmarks Unit
06/2015 – Present

　　　**Duties:** Perform forensic examinations on evidence submitted to the FBI Laboratory Firearms/Toolmarks Unit in the area of firearms/toolmarks identification. Prepare examination notes and document findings. Provide on scene support and documentation of shooting incidents. Issue written reports and provide expert testimony regarding firearms/toolmarks examinations and shooting incident reconstruction.

**Physical Scientist**　　　　　　　　　　　　　　　Federal Bureau of Investigation Laboratory
**Evidence Program Manager**　　　　　　　　　　Forensic Analysis Support Unit
07/2014 - 06/2015

　　　**Duties:** Developed, implemented and trained personnel on new Laboratory practices for assigning and managing evidence. Established a prioritization structure for case processing and evidence flow throughout the Laboratory. Reviewed and evaluated submissions of evidence and provided case assignments to units and Request Coordinators.

**Physical Scientist**　　　　　　　　　　　　　　　Federal Bureau of Investigation Laboratory
**Supervisory Request Coordinator**　　　　　　　Evidence Control Unit
12/2006 - 07/2014

　　　**Duties:** Managed, directed and coordinated the forensic analysis of evidence received at the FBI Laboratory. Provided assignments and monitored case flow and evidence examinations throughout the Laboratory's forensic disciplines. Administratively reviewed and approved official Laboratory reports generated by Evidence Control Unit personnel. Supervised Evidence Control Unit personnel and conducted performance reviews and evaluations of unit staff.

**Physical Scientist**　　　　　　　　　　　　　　　Federal Bureau of Investigation Laboratory
**Request Coordinator**　　　　　　　　　　　　　Evidence Control Unit
06/2003 - 12/2006

　　　**Duties:** Facilitated the submission of evidence to the FBI Laboratory. Liaison with local, state, and federal law enforcement agencies to provide appropriate Laboratory's services and capabilities. Reviewed examination plans and monitored the flow of evidence through the Laboratory's specialized forensic units. Prepared written Laboratory reports summarizing activities and analyses.

**Physical Science Technician**  Federal Bureau of Investigation Laboratory
09/1998 - 06/2003  Firearms/Toolmarks Unit

**Duties:** Received, inventoried, and categorized evidence related to criminal matters involving firearms/toolmarks. Documented and recorded detailed notes regarding firearm/toolmark evidence. Analyzed bullets, cartridge cases, and firearms to assist examiners with microscopic comparisons. Served as a crime scene reconstruction team member.

**FBI Honors Intern**  Federal Bureau of Investigation Laboratory
06/1997 - 08/1997  Firearms/Toolmarks Unit

**Duties:** Obtained working knowledge of the Firearms/Toolmarks Unit and the capabilities of other units within the FBI Laboratory. Developed a basic understanding of the function of the FBI and the technical disciplines of the FBI Laboratory. Assisted in the instruction of a Bullet Trajectory Reconstruction Course. Researched and tested theory of bullet ricochets off of glass.

## Education

04/1998    University of Michigan, Ann Arbor, MI
           Bachelor of Science Natural Resources and Environment

## Professional Training Received

- Shooting Incident Reconstruction
- ATF BrassTrax Image Acquisition
- AFTE Eastern Regional Conference
- Evidence Response Team Photography and Latent Print Training
- Evidence Response Team Collection and Evidence Documentation
- Evidence Response Team Bullet Trajectory Course
- Evidence Response Team Laboratory Basic Course
- Beretta Factory Armorer Training Program
- Springfield XD Armors Course
- Ruger SR-556 Armors Course
- ATF BrassTrax Image Acquisition Trainer
- ATF Basic Correlation Review Training
- Evofinder Automated Ballistics Identification System
- International Firearms Specialist Academy- Certified Firearm Specialist

## Publications

DeFrance, C.S., Van Arsdale, M., (2003). Validation Study of Electrochemical Rifling. Association of Firearms and Toolmark Examiners Journal, 35 (1), 35-37.

DeFrance, C.S., Van Arsdale, M., (2002). Full Auto Conversion of Colt AR-15 and Norinco MAK-90. Association of Firearms and Toolmark Examiners Journal, 34 (2), 170-171.

Van Arsdale, M., (1998). Determining Bullet Trajectory from a Ricochet Off Windshield Glass. Association of Firearms and Toolmark Examiners Journal, 30 (2), 309-315.