Sigmund M. Menchel, M.D.

**Summary**

Sigmund M. Menchel, M.D., will testify as to his education, training, and experience. Dr. Menchel has previously testified as an expert witness in both state and federal courts. In 2019, as a forensic pathologist, Dr. Menchel conducted contract work for Yakima County. His opinions are based upon his extensive experience and observations made during the individual examination of each victim.

In regards to the instant case, Dr. Menchel was contacted by Jim Curtis ("Curtis"), Yakima County Coroner. Curtis advised Dr. Menchel that five individuals had been shot. Dr. Menchel traveled to Yakima County and met with Curtis at the Yakima County Coroner's Office. Dr. Menchel received a briefing as to basic facts. Prior to each autopsy, whole body x-rays were reviewed. Between June 10, 2019 and June 11, 2019, Dr. Menchel examined T███ H█████, D█████ O███████, J██ C███, M██████ S█████, and C██████████ S███████. Dr. Menchel later completed Autopsy Reports as to each victim.

As to each victim, Mr. Menchel concluded there was significant bleeding which indicated that the heart was still beating at the time they suffered gunshot wounds.



Dr. Menchel will testify that the cause of death was gunshot wound to the head. Dr. Menchel observed that she suffered from a gunshot wound to the head behind the left ear. Mr. Menchel will testify as to a description of the gunshot wound. Dr. Menchel will testify that the path of the gunshot wound was back to front, left to right and downward. Dr. Menchel will testify that the internal injuries associated with the gunshot would include multiple skull fractures and brain injuries. During his examination, Dr. Menchel recovered metallic fragments from the skull and brain tissue.



Dr. Menchel will testify that the cause of death was gunshot wound to the head. Dr. Menchel observed that she suffered a gunshot wound to the back of the head behind the right ear. Dr. Menchel will testify as to a description of the gunshot wounds (entrance and exit). Dr. Menchel will testify that the path of the gunshot wound was back to the front and right to left. Dr. Menchel will testify that he observed a partial exit wound on the left side of her face. Dr. Menchel will testify that the internal injuries associated with the gunshot wound include fractures of the calvarium and basilar skull as well as brain injuries. During his examination, Dr. Menchel recovered metallic fragments from the brain tissue. Dr. Menchel also recovered a single metallic fragment from the subcutaneous tissue below the exit wound.



Dr. Menchel will testify that the cause of death was gunshot wound to the head. Dr. Menchel observed that he suffered a penetrating gunshot wound to the right side of the scalp. Dr. Menchel will testify as to a description of the gunshot wound. Dr. Menchel will testify that the path of the gunshot wound was back to front, right to left and downward. Dr. Menchel will testify that the internal injuries associated with the gunshot wound include extensive calvarium and basilar skull fractures as well as brain injuries. During his examination, several metallic projectile fragments were recovered from the brain tissue.



Dr. Menchel will testify that the cause of death was gunshot wound to the head.  Dr. Menchel observed that he suffered a gunshot wound to the left side of his head.  Dr. Menchel will testify as to a description of the gunshot wounds (entrance and exit).  Dr. Menchel will testify that the path of the gunshot wound was left to right, back to front and downward.  Dr. Menchel will testify that the internal injuries associated with the gunshot wound include extensive basilar skull fractures as well as fractures of the left side of the calvarium and well as extensive cerebral brain injuries noted bilaterally.  During his examination, a deformed small caliber metallic projectile was recovered from the right cerebral hemisphere.

D  O

Dr. Menchel will testify that the cause of death was gunshot wound to the head.  Dr. Menchel observed he suffered a gunshot wound to the left side of the face, situated below the left eye.  Dr. Menchel will testify as to a description of the gunshot wound.  Dr. Menchel will testify that the path of the gunshot wound was left to right, downward and front to back.  Dr. Menchel will testify that internal injuries associated with the gunshot wound include basilar skull fractures on the left side as well as extensive basilar subarachnoid hemorrage resulting from injuries to cerebral vessels on the left side.  Dr. Menchel observed that the subarachnoid hemorrhage was extensive and involved the inferior cerebral surfaces as well as surrounding brain stem.  Dr. Menchel observed that the brain stem was also injuries.  During the examination, multiple metal fragments were recovered from the brain tissue.

Dr. Menchel observed that Mr. O            also suffered a penetrating gunshot wound to his left shoulder.  Dr. Menchel will testify as to a description of the gunshot wound.  Dr. Menchel will testify that the path of the gunshot wound was left to right, front to back and downward.  Dr. Menchel will testify that internal injuries associated with the gunshot wound include fracture of both clavicles, the trachea, and injury to the left carotid artery.  During the examination, a small metallic projectile was recovered from the soft tissues of the right side of the chest behind the right clavicle.