# CURRICULUM VITAE

## PERSONAL DATA
Name:            Sigmund M. Menchel, M.D.
Mailing Address: █████████

Date of Birth:   November 10, 1949
Place of Birth:  Havana, Cuba
Marital Status:  Married
Children:        Daughter and son

## EDUCATION
| | |
|---|---|
| Brooklyn College-Brooklyn, NY | 1967-72 BS Biology |
| University of California, Berkeley | 1972-73 Zoology |
| University of Wisconsin, Madison | 1974-75 Endocrinology |
| University of Wisconsin, Madison | 1975-79 Medicine |
| New York University, New York, NY | 1979-82 Resident, Anatomic Pathology |
| Dade County Medical Examiner's Office | 1982-83 Resident, Forensic Pathology |

## HONORS
Sigma Xi, Associate Member 1972-74
National Science Foundation Fellowship, Honorable Mention - 1972

## PROFESSIONAL AFFILIATIONS
| | |
|---|---|
| American Academy of Forensic Sciences | 1983 - 1998 |
| National Association of Medical Examiners | 1985 - 1998 |

## BOARD CERTIFICATION
Anatomic and Forensic Pathology – 1983

## MEDICAL LICENSURE
States of Washington and California

## PROFESSIONAL EXPERIENCE
Date:         1982-1983
Title:        Deputy Medical Examiner
Organization: Dade County Medical Examiner's Office
Supervisor:   Joseph H. Davis, M.D.
Duties:       Performed autopsies, scene investigations, and death certifications. During my one year in the Miami Office, I had the opportunity of participating in a clinicopathologic conference at Jackson Memorial Hospital.

1

| | |
|---|---|
| Date: | 1983-1984 |
| Title: | Deputy Medical Examiner |
| Organization: | Suffolk County Medical Examiner's Office |
| Supervisor: | Sidney B. Weinberg, M.D. |
| Duties: | Performed autopsies, scene investigations, and death certification. |

| | |
|---|---|
| Date: | 1984-1989 |
| Title: | Deputy Chief Medical Examiner |
| Organization: | Suffolk County Medical Examiner's Office |
| Supervisor: | Sidney B. Weinberg, M.D., followed by Charles S. Hirsch, M.D. |
| Duties: | Performed autopsies, scene investigations, and death certifications. Daily overview of all cases and determination as to each case's disposition. Coordinated all scenes between police, crime laboratory and pathologists. Reviewed death certifications by other staff pathologists. Supervised the ancillary pathology staff, including work schedules and disciplinary proceedings. Acted as consultant to user agencies (police, district attorney, county attorney, hospitals and psychiatric institutions). Actively involved in divisional policies relating to outside agencies and to the public. |
| | During the last two months, additional administrative duties included participation in meetings as well as decision-making relating to the new building, the 1989 operating budget and capital projects. Represented the division at monthly Criminal Justice Coordinating Council meetings. |

| | |
|---|---|
| Date: | 1989-1994 |
| Title: | Chief Medical Examiner |
| Organization: | Suffolk County Medical Examiner's Office |
| Supervisor: | Commissioner, Department of Health Services, Suffolk County |
| Duties: | Oversaw the operation of the Division of Forensic Sciences, a division of the Department of Health. This division was comprised of four sections: |

        Pathology/Investigations
        Toxicology
        Crime Laboratory
        Public & Environmental Health

I supervised a staff of approximately 125 employees. Our office investigated 1000 deaths/year and performed 1000 autopsies per year. The Toxicology section performed analyses on suspected DWI drivers, urine testing for probation and methadone clinics, lead testing for county clinics, in addition to classical postmortem toxicology. The Crime Laboratory was actively involved in firearms analysis, drug chemistry, serology, criminalistics and arson analysis, as well as crime scene investigation.

2

The Crime Lab received ASCLD accreditation. This accreditation included a fully-operational DNA laboratory. The Public & Environmental Health Laboratory performed analyses on drinking water, air and soil samples, as well as hazardous waste.
The budget for our division was roughly $6.5 million.

Date: 1985-1994
Title: Assistant Professor of Forensic Pathology
Organization: SUNY Stony Brook Medical School
Duties: Participated in clinicopathologic conferences and demonstration autopsies with medical students. Conducted slide conferences with pathology residents, as well as worked with visiting pathology residents on forensic autopsies.

Date: 1983-1994
Title: Adjunct Faculty
Organization: SUNY Farmingdale
Duties: Presented lectures and performed autopsy demonstrations for mortuary science students. Administered examination, including final examinations.

Date: 1994-1998
Title: Chief Medical Examiner
Organization: Onondaga County Medical Examiner's Office
Supervisor: Commissioner of Health, Onondaga County
Duties: Oversees the operation of the Medical Examiner's Office, with a staff of 17 full-time employees. The office currently performs about 450 autopsies and 275 externals per year. Approximately 1400 death investigations are conducted each year.

I was actively involved in ongoing discussion regarding the planning and design of a new Medical Examiner facility.

During the past year (1994-95) I have been actively involved in reshaping the office staff, recruiting certain key professionals from other states, and re-establishing relationships with nearby counties as a consultant and, when possible, full service contractual relationships.

Date: 1994-1998
Title: Director, Autopsy Services
Organization: SUNY Health Science Center, Syracuse, New York
Duties: Train and supervise residents regarding autopsy procedures.
Lecture to medical students regarding forensic pathology.

3

| | |
|---|---|
| Date: | 1998-2000 |
| Title: | Associate Medical Examiner |
| Organization: | King County Medical Examiner's Office |

| | |
|---|---|
| Date: | 2000-2003 |
| Title: | Associate Medical Examiner |
| Organization: | Snohomish County Medical Examiner's Office |

| | |
|---|---|
| Date: | 2009-2010 |
| Title: | Acting Chief Medical Examiner |
| Organization: | Pierce County Medical Examiner's Office. |

In addition, I have periodically been asked to participate as a guest lecturer to the following groups:

    SIDS Foundation of Suffolk County
        "SIDS and the Medical Examiner"
    New York State Association of Coroners and Medical Examiner
        "Toxicologic Problems Relating to Death Certification"
    Northeast Association of Forensic Sciences
        "Motor Vehicle Accident Investigation"
    St. Charles Hospital
        "Problems in Death Certification"
    Museums at Stony Brook
        "The Ruxton Case Revisited"
    Homicide Detectives/District Attorneys
        "Drug-Related Deaths"

I have periodically performed demonstration autopsies for the following Groups:

    SUNY Farmingdale nursing students
    BOCES nursing students
    Suffolk County Community College Pathology students
    Southampton College Anatomy students
    Suffolk County Police Cadets
    Suffolk County Advanced EMG groups

## **PUBLICATIONS**

Menchel, S.M. and Maderson, P.F.A., 1971. Some observations on the patterns of development of the escutcheon in sphaerodactyline gekkonids. Amer. Zool. 11:706 (abstract).

Maderson, P.F.A., Chiu, K.W. and Menchel, S.M., 1972. The endocrine relationships of holocrine epidermal glands in gekkonid lizards. J. Anatomy 113:731 (abstract).

Menchel, S.M. and Maderson, P.F.A., 1975. The post-natal development of holocrine epidermal specializations in gekkonid lizards. J. Morphology 147:1-8.

Menchel, S.M., Cohen, D., Gross, E., Frangione, B. and Gallo, G., 1983. AA protein related renal amyloidosis in drug addicts. Amer. J. Path. 112:195.

Menchel, S.M., 1983. Medical and surgical complications in an intravenous drug abuser. Forensic Pathology ASCP Check Sample #FP83-2 (FP-127) 25 (2).

Menchel, S.M. and Dunn, W.A., 1984. Hydrofluoric acid poisoning. An unusual presentation of a suicidal ingestion and review of the Dade County experience. Amer. J. For. Path. 5:245.

Golden, R.M. and Menchel, S.M., 1986. Physician Assistants in Forensic Pathology. Physician Assistant 10:101.

Menchel, S.M., Gorevic, P.D. and Adkinson, N.F., 1987. An immunologic approach to the evaluation of deaths due to penicillin anaphylaxis. American Academy of Forensic Sciences 39th Annual Meeting.

5

GOVERNMENT EXHIBIT - 7                                    Page 5