# CURRICULUM VITAE

**Personal Information:**

Charity N. Davis
DNA Casework Unit
FBI Laboratory
2501 Investigation Parkway
Quantico, VA 22135
<span style="background:black">           </span>

**Education:**

| | |
|---|---|
| 2003 | Doctor of Philosophy in the Program of Genetics and Molecular Biology Emory University, Atlanta, GA |
| 1997 | Bachelor of Science in Chemistry with a specialization in Biochemistry University of West Florida, Pensacola, FL |

**Professional Experience:**

| | |
|---|---|
| 2008-Present | Forensic Examiner DNA Casework Unit, FBI Laboratory, Quantico, VA |
| 3/2008-9/2008 | Assistant Technical Leader Forensic Biology Section, Division of Forensic Sciences, Georgia Bureau of Investigation, Decatur, GA |
| 2004-2008 | Crime Lab Scientist Forensic Biology Section, Division of Forensic Sciences, Georgia Bureau of Investigation, Decatur, GA |
| 2003-2004 | Post-Doctoral Associate/Fellow Department of Genetics, University of Georgia, Athens, GA |
| 1995-1997 | Laboratory Teaching Assistant Department of Chemistry, University of West Florida, Pensacola, FL |

**Specialized Training and Continuing Education:**

| | |
|---|---|
| 2019 | The Elements of DNA Profile Interpretation and Probabilistic Genotyping<br>Forensic Technology Center of Excellence Webinar Series |
| 2019 | The YHRD Database- How it Works and How to Use it in Casework<br>Promega Webinar |
| 2018 | 24th Annual CODIS Conference<br>Norman, Oklahoma |
| 2017 | 23rd Annual CODIS Conference<br>Norman, Oklahoma |
| 2017 | Likelihood Ratios in DNA Mixture Interpretation<br>Steven Myers, California Department of Justice, Quantico, VA |
| 2017 | The 'next generation' of forensic DNA: educations, casework and<br>Databasing<br>Dr. Seth Faith, Quantico, VA |
| 2017 | NGS Data for Forensic Use<br>Dr. Beth Shapiro, Quantico, VA |
| 2017 | Hybridization Capture applied to 4,000 year old Egyptian Mummy<br>Quantico, VA |
| 2017 | Nuclear DNA Typing by Next Generation Sequencing<br>Quantico, VA |
| 2017 | DNA Damage- Causes and Effects<br>Quantico, VA |
| 2016 | 22nd Annual CODIS Conference<br>Norman, Oklahoma |
| 2016 | 3500 Training<br>Life Technologies, Quantico, VA |
| 2015 | 21st Annual CODIS Conference<br>Norman, Oklahoma |
| 2015 | STRmix™ Training Workshop<br>John Buckleton and Jo-Anne Bright, Institute of Environmental Science<br>and Research, Ltd., Quantico, Virginia |

| 2015 | Lean Six Sigma Green Belt Certification<br>Sorenson Forensics: Heather Jamieson/Craig Nolde |
| 2015 | Kinship Analysis course<br>California Criminalistics Institute, Richmond, CA |
| 2014 | National Institute of Standards and Technology Update<br>NIST |
| 2014 | DNA Analyst Webinar Series<br>NIST |
| 2014 | Error Rates and Low Template DNA Analysis<br>Netherlands Forensic Institute<br>Hosted by Federal Bureau of Investigation, Quantico, VA |
| 2014 | YSTR Training<br>Federal Bureau of Investigation, Quantico, VA |
| 2013 | DNA Mixture Interpretation Workshop and Webinar<br>NIST |
| 2013 | Qiagen Robotic Extraction<br>Federal Bureau of Investigation, Quantico, VA |
| 2013 | 65th Annual Meeting of the American Academy of Forensic Sciences<br>Washington, DC |
| 2013 | Forensic DNA Statistics<br>Federal Bureau of Investigation, Quantico, VA |
| 2012 | GeneMapper ID-X Training<br>Federal Bureau of Investigation, Quantico, VA |
| 2012 | SWGDAM Conference<br>Fredericksburg, VA |
| 2011 | YFiler Training<br>Federal Bureau of Investigation, Quantico, VA |
| 2011 | Applied Biosystems HID Future Trends in Forensic DNA Technology<br>Seminar series<br>Washington, DC |
| 2011 | ASCLD/LAB-International Assessor Training Course |

3

GOVNERNMENT EXHIBIT - 8                    Page 3

Sterling, VA

| | |
|---|---|
| 2010 | SWGDAM Conference<br>Fredericksburg, VA |
| 2010 | Introduction to Kin-Calc and Kinship Testing<br>Federal Bureau of Investigation, Quantico, VA |
| 2010 | Forensic Science Services- Kinship Analysis Application<br>Federal Bureau of Investigation, Quantico, VA |
| 2010 | DNA Quality Assurance Auditor Training<br>Federal Bureau of Investigation |
| 2010 | Completed documented training program for Forensic Examiner<br>Nuclear DNA Unit, Federal Bureau of Investigation, Quantico, VA |
| 2010 | Population Statistics and Forensic DNA Analysis<br>Federal Bureau of Investigation, Quantico, VA |
| 2010 | SWGDAM Conference<br>Fredericksburg, VA |
| 2009 | 20th Annual International Symposium on Human Identification<br>Promega, Las Vegas, NV |
| 2009 | SWGDAM Conference<br>Fredericksburg, VA |
| 2008 | ISO 17025 Internal Auditor Training<br>SAI Global, Georgia Bureau of Investigation, Decatur, GA |
| 2007 | 18th Annual International Symposium on Human Identification<br>Promega, Los Angeles, CA |
| 2007 | Future Trends in Forensic DNA Technology Seminar Series<br>Applied Biosystems, Atlanta, GA |
| 2007 | ABI Prism 3100/ Applied Biosystems 3130 Genetic Analyzer HID<br>Systems Training Program<br>ABI, Rockville, MD |
| 2006 | Completed documented training program for Blood Examination<br>Forensic Biology Section, Division of Forensic Sciences, Georgia Bureau<br>of Investigation, Decatur, GA |

4

| | |
|---|---|
| 2006 | DNA Quality Assurance Auditor Training<br>Federal Bureau of Investigation, Plantation, FL |
| 2005 | President's DNA Initiative Workshop for Population Genetics and Statistics<br>NFSTC, Largo, FL |
| 2005 | Completed documented training program for DNA Analysis<br>Forensic Biology Section, Division of Forensic Sciences, Georgia Bureau of Investigation, Decatur, GA |
| 2005 | 57th Annual Meeting of the American Academy of Forensic Sciences<br>New Orleans, LA |
| 2004 | Completed documented training program for Semen Identification and Saliva Analysis<br>Forensic Biology Section, Division of Forensic Sciences, Georgia Bureau of Investigation, Decatur, GA |

**Publications:**

Topcu, Z., Nickles, K., **Davis, C.** and McEachern, M.J. (2005)   "Abrupt disruption of capping and a single source for recombinationally elongated telomeres in *Kluyveromyces lactis*."   Proceedings of the National Academy of Sciences. 102(9): 3348-53.

Ross, K.L., **Davis, C.N.** and Fridovich-Keil, J.L. (2004) "Differential roles of the Leloir Pathway enzymes and metabolites in defining galactose sensitivity in yeast."   Molecular Genetics and Metabolism 83(1-2): 103-16.

Riehman, K., **Crews, C.** and Fridovich-Keil, J.L. (2000) "Relationship between genotype, activity, and galactose sensitivity in yeast expressing patient alleles of human galactose-1-phosphate uridylyltransferase."   Journal of Biological Chemistry 276(14): 10634-40 **NOTE:** The first two authors contributed equally to this work and should be considered as co-first authors.

**Crews, C.**, Wilkinson, K.D., Wells, L., Perkins, C. and Fridovich-Keil, J.L.   (2000) "Functional consequence of substitutions at residue 171 in human galactose-1-phosphate uridylyltransferase." Journal of Biological Chemistry 275(30):22847-53.

**Presentations:**

Forensic Serology and DNA, ERT Advanced Training, April 2010

5

Introductory Training Seminar on Forensic DNA Analysis. Ithaca Police Department, Ithaca, NY, September 2009

Forensic DNA Testing.   Lead America Conference, Baltimore MD, August 2009

Forensic Analysis of Sexual Assault Kits.   Course for Advanced Child Abuse Cases, Children's Healthcare of Atlanta, Atlanta, GA, October 2007 and April 2008

Sexual Assault Kit Screening Using Quantifiler Y Human Male DNA Quantification Kit.   Future Trends in Forensic DNA Technology Seminar Series, Applied Biosystems, Atlanta, GA August 2007

**Testimony Experience**

Queen v. Castillo and others
        Belize    2019

US v. Cloud
        Yakima, WA    2019

US v. Nicholson
        Birmhingham, AL 2018

US v. Salemme et al
        Boston, MA    2018

US v. LaPointe
        Omaha, NE    2018

State v. Wood
        Springfield, MO        2017

State v. McCarty
        Leakesville, MS        2017

US v. Jett et al
        Indianapolis, IN        2017

State v. Wigfall
        Prince George's County, MD 2017

US v. Lewis
        Panama City, FL        2016

6

US v. Bartley
        Clarksburg, WF        2016

US v Buckles
        Great Falls, MT        2015

US v. Wright and Wilson
        Chicago, IL      2015
US v. Murray
        Dallas, TX      2015

US v. Swain
        Savannah, GA        2015

US v. Wright and Wilson
        Chicago, IL      2015

US V. Jones
        Winston-Salem, NC    2015

7

**Charity N. Davis**
**Forensic Examiner**
**DNA Casework Unit**
**Federal Bureau of Investigation Laboratory**

## Summary

Since 2008, Charity N. Davis ("Davis") has worked in the DNA Casework Unit of the Federal Bureau of Investigation ("FBI") Laboratory. Davis has previously been qualified as an expert in federal and state courts, and has previously testified on approximately 86 occasions. Davis's opinions are based on her personal interpretation of results obtained from items submitted to the FBI Laboratory, as well as her training, education, experience, and expertise as a Forensic Examiner in the DNA Casework Unit. Davis's expert forensic opinion, and the basis for those opinions, is set forth more fully in her reports.

At trial, Davis will describe/define forensic serology. Davis will describe how serological testing is performed at the FBI Laboratory. Davis will describe/define Deoxyribonucleic acid ("DNA.") Davis will testify as to where DNA is found and how DNA varies from person to person. Davis will testify as to the kinds of differences she examines in DNA, .i.e., short tandem repeats and provide an example. Davis will describe how DNA typing is performed at the FBI Laboratory. Davis will describe the possible outcomes of a DNA examination. Davis will testify as to how she determines the significance of a DNA match, i.e. likely ratios. Davis will testify how it is possible to identify a source of DNA. Davis will testify as to the standards of the FBI Laboratory, i.e. accredited, standards of scientific community, proficiency and competency tests. Davis will testify as to population frequency data.

In the instant case, Davis will testify that she received a listing of items and information which was used to determine the most appropriate examination methods(s). Davis determined which items should be tested. At her direction, exam plans were implemented. Those items designated by Davis as appropriate for testing for the presence of blood were submitted for serological examinations. Davis will testify that serological testing is used to identify the presence of blood. If blood is likely present, the color changes. Here, the samples which presumptively tested positive for blood include results of "blood indicated." Samples which presumptively and conclusively tested positive for blood include results of "blood present." All items were examined for the existence of bodily fluids known to contain DNA. Bodily fluids were put on a microscope slide, chemicals were added, and Davis reviewed and observed crystals. At Davis's direction, the samples were submitted for collection and extraction. This process involves cutting the swab head, placing such item in a tube, adding chemicals and heat, which removes DNA from cells. The quantification and amplification process proceeded. Quantification estimates how much DNA was extracted from the sample with the use of chemicals and robotic instrumentation. The amplification process is a copying process which copies specific regions of the DNA. The amplified DNA is then run through capillary electrophoresis. The data comes back to Davis to generate a DNA profile. The following items ("Physical Items") were tested to identify the presence of DNA and develop a profile if DNA was found:

| Item No.[1] | Description | Result |
|---|---|---|
| 4 | Swab from steering wheel of 2007 Chevrolet Silverado | Male DNA present, originating from two individuals |
| 5 | Swab from exterior of driver side door of 2007 Chevrolet Silverado | No DNA present |
| 6 | Swab from gear shift of 2007 Chevrolet Silverado | Male DNA present, originating from two individuals |
| 7 | Swab from interior driver side door pull of 2007 Chevrolet Silverado | Male DNA present, originating from two individuals |
| 9 | Key fob located on ground near driver side door of 2007 Chevrolet Silverado | Male DNA present, originating from two individuals |
| 12 | Knife from floor of 2007 Chevrolet Silverado | Male DNA present, originating from two individuals |
| 29 | Swab from door panel of 2008 Chevrolet Silverado | Blood indicated and female DNA present, originating from one individual |
| 30 | Swab from door panel of 2008 Chevrolet Silverado | Blood indicated and female DNA present, originating from one individual |
| 31 | Swab from back of seat of 2008 Chevrolet Silverado | Blood indicated and DNA present (no sex type), originating from one individual |
| 33 | Jacket from seat of 2008 Chevrolet Silverado | Blood and female DNA present, originating from one individual |
| 34 | Pants from seat of 2008 Chevrolet Silverado | Blood and female DNA present, originating from one individual |
| 36 | Swab from steering wheel and gear shift of 2008 Chevrolet Silverado | Female DNA present, originating from one individual |
| 39 | Purse from seat of Chevrolet S10 Blazer | No blood detected. No DNA present. |
| 45 | Two swabs from path to game room at 5151 Medicine Valley Road | Blood and female DNA present, originating from one individual |

---

[1] Item number refers to the item number designation at Bates 7630-7633; 7641-7652; and 4122-4126

| 46 | Cigarette butt from top of pool table in game room at 5151 Medicine Valley Road (1) | Male DNA present, originating from two individuals |
| 47 | Cigarette butt from top of pool table in game room at 5151 Medicine Valley Road (2) | Male DNA present, originating from one individual |
| 48 | Two swabs from couch in game room at 5151 Medicine Valley Road | Blood indicated and female DNA present, originating from one individual |
| 49 | Two swabs from door in parking area at 5151 Medicine Valley Road | Blood indicated and female DNA present, originating from one individual |
| 64 | Ruger rifle, serial number 25985399, from canal | No DNA present |

DNA profiles were also developed for the following individuals from DNA collected from buccal samples or dried blood samples ("Known Samples"):

1. Donovan Quinn Carter Cloud (Item 2)
2. J███ V█████ (Item 14)
3. N███ V█████ (Item 15)
4. James Dean Cloud (Item 16)
5. M███████ J████ (Item 17)
6. J███ R███ C███ (Item 50)
7. T███████ H███████ (Item 51)
8. C███████ E███ (Item 52)
9. M████ S███ (Item 53)
10. D███████ O█████ (Item 54)

Davis reviewed the data. For each sample, Davis conducted a side by side comparison of the DNA collected from Known Sample(s) to the samples taken from the above listed Physical Items.

Davis will testify that that her analysis and testing produced the following results[2]:

| Physical Item No. | Description | Individual(s)' DNA Present |
| 4 | Swab from interior driver side door pull of 2007 Chevrolet Silverado | J██ V████[3]; James Cloud (limited support) |

---

[2] Negative or exclusionary results not included here, but included in Davis's reports at Bates 7630-7633; 7641-7652; and 4122-4126.
[3] Presence of J██ V████'s DNA was assumed for testing purposes.

| 6 | Key fob located on ground near driver side door of 2007 Chevrolet Silverado | J█ V█████4; C█████████E█████ (limited support); M███████ S███████ (limited support) |
|---|---|---|
| 7 | Swab from door panel of 2008 Chevrolet Silverado | C█████ E████ |
| 9 | Swab from door panel of 2008 Chevrolet Silverado | C█████ E████ |
| 29 | Swab from back of seat of 2008 Chevrolet Silverado | C████ E████ |
| 30 | Jacket from seat of 2008 Chevrolet Silverado | C████ E████ |
| 31 | Pants from seat of 2008 Chevrolet Silverado | C████ E████ |
| 33 | Swab from steering wheel and gear shift of 2008 Chevrolet Silverado | C████ E████ |
| 34 | Two swabs from path to game room at 5151 Medicine Valley Road | M████ S████ |
| 36 | Cigarette butt from top of pool table in game room at 5151 Medicine Valley Road (1) | J███ C███; Donovan Cloud |
| 45 | Cigarette butt from top of pool table in game room at 5151 Medicine Valley Road (2) | James Cloud |
| 46 | Two swabs from couch in game room at 5151 Medicine Valley Road | M████ S████ |
| 47 | Two swabs from door in parking area at 5151 Medicine Valley Road | C████ E████ |

---

[4] Presence of John Verwey's DNA was assumed for testing purposes.