William D. Hyslop
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant U.S. Attorney
Richard C. Burson
Assistant U.S. Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES DEAN CLOUD, and DONOVAN QUINN CARTER CLOUD, <br><br> Defendant. | NO. 1:19-CR-02032-SMJ-01 <br>      1:19-CR-02032-SMJ-02 <br><br> UNITED STATES' NOTICE OF COMPLIANCE <br> RE: EXPERT NOTICE |

On June 18, 2019, this Court issued a case management order. (ECF #31). The case management order directs, among other things, that the government produce summaries of its expert-witness testimony and provide an electronic copy of the summaries to this Court.

Pursuant to this Court's order, the government hereby gives notice that it has complied with the Court's order by e-mailing said expert summaries, to defense counsel and the Court on today's date.

United States' Notice of Compliance with
Court Order re: Expert Notice          - 1 -

DATED: October 19, 2020

           William D. Hyslop
           United States Attorney

      By: /s/ Thomas J. Hanlon
         THOMAS J. HANLON
         Assistant U.S. Attorney

         /s/ Richard C. Burson
         RICHARD C. BURSON
         Assistant U.S. Attorney

  I hereby certify that on October 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorney(s) of record:

  Richard A. Smith

  Mark A. Larranaga

  John B. McEntire

  Lorinda Youngcourt

  Jeremy Sporn

          /s/ Thomas J. Hanlon
         THOMAS J. HANLON
         Assistant U.S. Attorney