MARK A. LARRANAGA
WALSH & LARRANAGA
705 2nd Ave., Ste. 501
Seattle, WA 98104
Telephone: (206) 972-0151

RICHARD A. SMITH, WSBA 15127
SMITH LAW FIRM
314 No. Second Street
Yakima, WA 98901
Telephone: 509-457-5108

**Attorneys for Defendant**
Donovan Cloud

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
(Honorable Salvador Mendoza, Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DONOVAN CLOUD, <br> Defendant. | NO. 1:19-CR-02032-SMJ-2 <br><br> RULE 16 NOTICE |

TO: Clerk of U.S. District Court, Eastern District of Washington
TO: Thomas J. Hanlon, Assistant United States Attorney

RULE 16 NOTICE - Page 1

SMITH LAW FIRM
314 North Second Street
Yakima, WA 98901
(509) 457-5108

On April 13, 2020, this Court issued an Amended Case Management Order [ECF 165]. The amended case management order directs, among other things, that the defense produce summaries of its expert-witness testimony and provide an electronic copy of the summaries to this Court.

Pursuant to this Court's order, Defense Counsel for Donovan Cloud hereby gives notice that they have complied with the Court's order by e-mailing said expert summaries to the government and the Court on today's date.

DATED this 22nd day of October, 2020.

Presented by:

/s/ Richard A. Smith
RICHARD A. SMITH, WSBA 15127

/s/ Mark A. Larrañaga
MARK A. LARRAÑAGA, WSBA 22715

Attorneys for Defendant Donovan Cloud

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on October 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all parties.

/s/ Lugene M. Borba
LUGENE M. BORBA
Legal Assistant, Smith Law Firm

RULE 16 NOTICE - Page 2

**SMITH LAW FIRM**
314 North Second Street
Yakima, WA 98901
(509) 457-5108