Case 1:19-cr-02032-SMJ ECF No. 245 filed 11/17/20 PageID.2646 Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 17, 2020

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Donovan Quinn Carter Cloud   **CASE NO.** 1:19-CR-02032-SMJ-2

TOTAL # OF COUNTS: 11    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 USC §§ 2119, 2 | Carjacking | Not more than 15 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 3 | 18 USC §§ 924(c)(1)(A)(i)-(ii) | Brandishing of a Firearm in Furtherance of a Crime of Violence | Not less than 7 years and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 4 | 18 USC §§ 2109, 1153, 3559(f)(2). 2 | Kidnapping | Not less than 25 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 7, 14 | 18 U.S.C. §§ 1111, 1153, 2 | First Degree Murder | Mandatory life imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 8, 15 | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii), 2 | Discharge of a Firearm in Furtherance of a Crime of Violence | Not less than 10 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and a $100 special penalty assessment |
| 16, 18 | 18 U.S.C. §§ 113(a)(1), 1153 | Assault with Intent to Commit Murder | Not more than 20 years imprisonment, $250,000 fine, or both, 5 years supervised release, and $100 special penalty assessment |
| 17, 19 | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii) | Discharge of a Firearm in Furtherance of a Crime of Violence | Not less than 10 years imprisonment and a maximum of life imprisonment, $250,000 fine, or both, 5 years supervised release, and a $100 special penalty assessment |