**RICHARD A. SMITH, WSBA 15127**
**SMITH LAW FIRM**
314 No. Second Street
Yakima, WA  98901
Telephone:  509-457-5108

**MARK A. LARRAÑAGA**
**WALSH & LARRAÑAGA**
140 Lakeside Ave. Suite A-338
Seattle, WA  98122
Telephone: (206) 972-0151

**STEPHEN R. HORMEL**
**HORMEL LAW OFFICE**
17722 E. Sprague Avenue
Spokane Valley, WA 99016
Telephone:  (509) 998-4824

**Attorneys for Defendant**
Donovan Cloud

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
### (Honorable Stanley A. Bastian)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>DONOVAN CLOUD,<br>　　　　Defendant. | ) No. 1:19-CR-2032<br>)<br>) MOTION FOR LEAVE TO FILE<br>) THE PRESPONSE TO THE PSI TO<br>) DATE OF FILING, EXEND TIME<br>) TO FILE THE SENTENCING<br>) MEMORANDUM & EXPEDITE<br>) THE HEARING<br>)<br>) **Notice of Hearing on Motion:**<br>) September 7, 2022, at 6:30 pm |

TO:   Clerk of U.S. District Court, Eastern District of Washington
TO:   Thomas J. Hanlon, Assistant United States Attorney

MOTION TO EXTEND TIME

1

**COMES NOW** DONOVAN CLOUD through his attorneys, Richard A. Smith of *Smith Law Firm*, Mark A. Larrañaga of *Walsh and Larrañaga*, and Stephen Hormel of *Hormel Law Office*, and moves this Court leave to file the response to the presentence report (PSI) to the date of filing, to extend the time to file the sentencing memorandum to September 16, 2022, and to expedite hearing on the motion.

This Court was assigned this case for sentencing on August 3, 2022. (ECF No. 846). The sentencing hearing was reset to October 12, 2022, which is approximately two weeks from the date set by Judge Mendoza. (ECF No. 848). Judge Mendoza set a deadline of September 2, 2022, for filing all motion and sentencing memoranda relating to sentencing. (ECF No. 842 at 3). This Court did not set different deadlines upon reassignment. (ECF No. 846).

Defense counsel has been working on the response to the presentence report and on the sentencing memorandum. However, those matters were not filed by Judge Mendoza's deadline.

Counsel is filing the response to the presentence report on this date and seeks to extend the sentencing memorandum to September 16, 2022. This extension request reflects approximately the same amount of time from the time sentencing was set on September 27, 2022, to the time this Court reset the sentencing hearing.

Counsel has contacted AUSAs Hanlon and Burson relating to this request. Understandably, since this is a weekend, counsel has not received the government's

MOTION TO EXTEND TIME

2

position. This request is within the same timeframe that Judge Mendoza required the sentencing documents to be filed from September 27, 2022.

Therefore, it is requested that the Court grant leave to file the response to the presentence report to the date of filing and extend the time to file the sentencing memorandum to September 16, 2022. It is also requested that the Court expedite hearing on this motion.

DATED this 3rd day of September, 2022.

Presented by:

*/s/ Richard A. Smith*
RICHARD A. SMITH, WSBA #15127

*/s/ Mark A. Larrañaga*
MARK A. LARRAÑAGA, WSBA #22715

*/s/ Stephen R. Hormel*
STEPHEN R. HORMEL, WSBA #18733

Attorneys for Defendant Donovan Cloud

### Service Certificate

I hereby certify that on September 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: AUSAs Thomas Hanlon and Richard Burson, and James Donovan Counsel, Jay McEntire, Lorinda Youngcourt and Jeremy Sporn.

*/s/ Stephen R. Hormel*
STEPHEN R. HORMEL, WSBA #18733

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MOTION TO EXTEND TIME